tion by Charles W. Metcalf, an infant, etc., against Jonathan W. Metcalf. No opinion. Judgment and order affirmed, with costs.

METZ, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Nathan Metz against the Metropolitan Street Railway Company. B. H. Ames, for appellant. O. Horwitz, for respondent. No opinion. Judgment and order affirmed, with costs.

In re MINK'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) In the matter of the discovery and delivery of property belonging to the estate of Lucy Mink, deceased.

PER CURIAM. Motion to dismiss appeal denied, without costs, upon condition that the appellant, within 10 days after service of a copy of this order, with notice of entry thereof, gives the undertaking provided for by section 2577 of the Code of Civil Procedure, leave to furnish which is hereby granted. In the event of the failure to furnish such undertaking, the motion is granted, with $10 costs.

MINTZ, Appellant, v. NORTH BRITISH & MERCANTILE INS. CO. OF LONDON & EDINBURGH, Respondent. (Supreme Court, Appellate Term. November 10, 1904.) Action by Louis Mintz against the North British & Mercantile Insurance Company of London & Edinburgh. From a judgment of the City Court in favor of defendant, and from an order denying plaintiff's motion for a new trial, plaintiff appeals. Affirmed. Moses Feltenstein, for appellant. Leo Levy, for respondent.

PER CURIAM. Upon full consideration we cannot find that the verdict is against the weight of the evidence, or that reversible error was committed at the trial. The judgment and order must be affirmed, with costs.

MOORE et al., Respondents, v. FOLAND, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Alfred A. Moore, Anna L. Moore, and Marian Moore against Chester Foland. No opinion. Judgment unanimously affirmed, with costs.

MOREL et al. v. STEARNS et al. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Marie J. E. Morel and others against John N. Stearns and others. No opinion. Motion denied.

MORRISON et al., Respondents, v. ULLMAN et al., Appellants. (Supreme Court, Appellate Division. Fourth Department. October 21, 1904.) Action by Solomon Morrison and another against Albert D. Ullman and others.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellants to abide event. Held, that defendants' answer set forth a good defense, and that it was error to exclude the proof offered by the defendants, under their answer and opening, and to direct a verdict in favor of the plaintiffs.

MURATORE, Appellant, v. PIRKL, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Joseph Muratore against John Pirkl. No opinion. Motion denied, without costs.

MURPHY, Respondent, v. CROOKE, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by Alexander D. Murphy against Robert L. Crooke. No opinion. Judgment of the Municipal Court affirmed, with costs.

MURPHY, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Charles Murphy against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

MURPHY, Appellant, v. STUCKEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by John Murphy against William Stuckey. No opinion. Appeal dismissed, with $10 costs.

MUZZY v. GULICK et al. POWERS v. COPLEY et al. In re MUZZY. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by John B. Muzzy, as receiver, etc., against Ernestus Gulick and others. Action by Isaac P. Powers, for himself, etc., against George W. Copley and others. In the matter of the application of John B. Muzzy, as receiver, etc.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., not voting.

NASTASE, Respondent, v. BALTIMORE & O. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Vincenza Nastase, as sole administratrix, etc., against the Baltimore & Ohio Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

NATIONAL FIRE INS. CO. OF HARTFORD, Respondent, v. SULLARD, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by the National Fire Insurance Company of Hartford against Benjamin E. Sullard. No opinion. Motion denied, without costs.

In re NELSON'S ESTATE. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) In the matter of the estate of Samuel Nelson, deceased.

PER CURIAM. Motion to resettle order denied, without costs. We think the questions in the order cover all the issues really litigated between the parties.

NESTER, Appellant, v. COLTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Ac-